UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ADDISON N. MARTIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Case No. 17-438-CG-MU |
| LOFT ASSOCIATES, LLC, | * |
| d/b/a CHEDDAR EXPRESS, | * |
| Defendant. | * |

### VERIFIED APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT AGAINST LOFT ASSOCIATES, LLC d/b/a CHEDDAR EXPRESS

Comes now Earl P. Underwood, Jr., Esq., having first been duly sworn and does state as follows:

My name is Earl P. Underwood, Jr. and I am counsel for **ADDISON N. MARTIN** in this matter. My office address located at is 21 South Section Street, Fairhope, Alabama, 36532. I am personally familiar with the facts contained herein.

1. The Complaint against the defendant was filed in this Court on or about October 2, 2017.

2. A Summons was issued on or about October 3, 2018.

3. The service of Summons was perfected by certified mail on or about October 24, 2017, as evidenced by a Return Receipt Card.

4. The defendant, **LOFT ASSOCIATES, LLC d/b/a CHEDDAR EXPRESS**, ("Cheddar") was due to file an answer to the Complaint on or before November 14, 2017.

5. Cheddar has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. On information and belief, the defendant, Cheddar, is a limited liability company.

7. Plaintiffs are entitled to the Clerk's entry of default pursuant to Fed. R. Civ. P. 55(a), so that they may pursue a motion before the Court for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this, the 6th day of February 2018.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.