IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ADDISON N. MARTIN, on behalf of himself and all others similarly situated,** )<br>)<br>) | |
| **Plaintiff,** )<br>)<br>) | |
| v. ) | Case No. 1:17-cv-00438-CG-MU |
| ) | |
| **LOFT ASSOCIATES, LLC** )<br>**D/B/A CHEDDAR EXPRESS,** )<br>) | |
| **Defendant.** ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now come the Plaintiff, Addison N. Martin, and hereby dismisses the above styled action against the Defendant, **LOFT ASSOCIATES, LLC, D/B/A CHEDDAR EXPRESS,** without prejudice pursuant to FRCP 41(a)(1)(i).

**DATED** this the 9th day of March, 2018.

>/s/ Earl P. Underwood, Jr._____
>Earl P. Underwood, Jr.
>Underwood & Riemer, P.C.
>21 South Section Street
>Fairhope, AL  36532
>251-990-5558 (Telephone)
>251-990-0626 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been mailed using the United States Postal Service, properly addressed, first class postage prepaid, to counsel of all parties or parties on record, to the following address on this the 9th day of March, 2018.

Loft Associates, LLC
425 Broad Hollow Road
Melville, NY 11747

>/s/Earl P. Underwood, Jr.
>Earl P. Underwood, Jr.