IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADDISON N. MARTIN, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO 17-438-CG-MU ) |
| LOFT ASSOCIATES, LLC, d/b/a CHEDDAR EXPRESS, | ) ) ) |
| Defendant. | ) |

## ORDER

The plaintiff having filed a Notice of Dismissal without Prejudice (Doc. 16), and there having been no answer or motion for summary judgment filed, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 14th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE